JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MIRANDA LYNN RODRIGUEZ, <br>    Plaintiff, <br><br>  vs. <br><br> ANDREW SAUL, Commissioner of Social Security, <br><br>    Defendant. | ) Case No.: 2:20-cv-07021-ODW-MRW <br> ) <br> ) **JUDGMENT** |

 The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: March 29, 2021

          HONORABLE JUDGE OTIS D. WRIGHT, II
          UNITED STATES DISTRICT JUDGE

-1-