1  LISA C. GILINGER LAW OFFICES
   LISA GILINGER
2  635 N. Alisos Street
3  Santa Barbara, California 93103-2557
4  Telephone Number: 805-568-5370
   Fax number: 805-568-5149
5  E-mail: lisa@lisagilinger.com
6
7  Attorney for Plaintiff

8  NICOLA T. HANNA
9  United States Attorney
   DAVID HARRIS
10 Assistant United States Attorney
11 Chief, Civil Division
   CEDINA M. KIM
12 Assistant United States Attorney
13 Senior Trial Attorney, Civil Division
   JENNIFER LEE TARN
14 Special Assistant United States Attorney
15        Social Security Administration
16        160 Spear Street, Suite 800
          San Francisco, California 94105
17        Telephone: (415) 977-8825
18        Facsimile: (415) 744-0134
          E-Mail:    Jennifer.Tarn@ssa.gov
19 Attorneys for Defendant
20

21                UNITED STATES DISTRICT COURT,
                  CENTRAL DISTRICT OF CALIFORNIA
22

23 | MIRANDA LYNN RODRIGUEZ,        CASE NO. 20-7021-ODW-MRW
24
              Plaintiff,
25   vs.                            <u>ORDER AWARDING EAJA FEES</u>
26
   COMM., SOCIAL SECURITY,
27
              Defendant.
28

Based upon the parties' Stipulation for Award of EAJA Fees, IT IS ORDERED that fees and expenses in the amount of $3,200.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $0 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: April 19, 2021

MICHAEL R. WILNER
U.S. MAGISTRATE JUDGE